IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

ANAHID BERTRAND                              )
and ERIC ANDRE PAUL BERTRAND,                )
                                             )
          Plaintiffs,                        )     TC-MD 130131N
                                             )
     v.                                      )
                                             )
LANE COUNTY ASSESSOR,                        )
                                             )
          Defendant.                         )     **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was scheduled at 10:00 a.m. on June 3, 2013, to consider Plaintiffs' appeal. On May 15, 2013, the court sent notice of the scheduled case management conference to Plaintiffs at the address Plaintiffs provided to the court. The notice was not returned as undeliverable. The notice advised that if Plaintiffs did not appear, the court might dismiss the appeal.

On June 3, 2013, the court sent Plaintiffs a letter which explained the importance of diligently pursuing an appeal. That letter was not returned as undeliverable. The letter advised that if Plaintiffs did not provide a written explanation by June 18, 2013, for their failure to appear, the court would dismiss the appeal. As of this date, Plaintiffs have not submitted a written response to the court explaining their failure to appear at the June 3, 2013, case management conference. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of June 2013.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision of Dismissal was signed by Magistrate Allison R. Boomer on June 24, 2013.  The Court filed and entered this Decision of Dismissal on June 24, 2013.*